No. 873.   ADAMS *v.* RAGEN, WARDEN.   February 3, 1947.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 884.   PARKER *v.* RAGEN, WARDEN.   February 3, 1947.   Petition for writ of certiorari to the Criminal Court of Cook County, Circuit Court of Will County and Supreme Court of Illinois denied.

No. 885.   FURMAN *v.* RAGEN, WARDEN.   February 3, 1947.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 886.   ALLARD *v.* NEW YORK.   February 3, 1947. Petition for writ of certiorari to the County Court of Schenectady County, New York, denied.

No. 896.   WITT *v.* RAGEN, WARDEN.   February 3, 1947. Petition for writ of certiorari to the Circuit Court of Kendall County, Circuit Court of Will County and Supreme Court of Illinois denied.

No. 898.   STEINHARDT *v.* MICHIGAN.   February 3, 1947.   Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 919.   REYNOLDS *v.* ILLINOIS.   February 3, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.